# Exhibit A

# WILLIAM J. OLSON, P.C.
ATTORNEYS AT LAW

370 MAPLE AVENUE WEST, SUITE 4

VIENNA, VIRGINIA 22180-5615

WILLIAM J. OLSON
(VA, D.C.)

HERBERT W. TITUS
(VA OF COUNSEL)

JEREMIAH L. MORGAN
(D.C., CA ONLY)

ROBERT J. OLSON
(VA, D.C.)

TELEPHONE (703) 356-5070

FAX (703) 356-5085

E-MAIL: wjo@mindspring.com

http://www.lawandfreedom.com

114 CREEKSIDE LANE
WINCHESTER, VA 22602-2429
TELEPHONE (540) 450-8777
FAX (540) 450-8771

March 15, 2021
via FBI eFOIPA portal

Federal Bureau of Investigation
Attn: FOI/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA  22602-4843

Re:   FREEDOM OF INFORMATION ACT (FOIA) REQUEST
of Gun Owners of America and Gun Owners Foundation regarding
Commonwealth of Virginia's Access to the NICS System

Dear Sirs:

We represent Gun Owners of America ("GOA") and Gun Owners Foundation ("GOF"), and submit this Freedom of Information Act ("FOIA") request on their behalf to the Federal Bureau of Investigation ("FBI").

GOA is a nonprofit social welfare organization exempt from federal income tax under section 501(c)(4) of the Internal Revenue Code.  GOA's tax-exempt mission and purposes include educating the public and conducting activities in defense of the Second Amendment and the right to keep and bear arms.  GOA's principal office is located at 8001 Forbes Place, Suite 202, Springfield, Virginia 22151.  (For further information on GOA, please see https://gunowners.org.)  GOF is a Virginia non-stock corporation, organized and operated as a non-profit legal defense and educational foundation that is exempt from federal income taxes under Section 501(c)(3) of the Internal Revenue Code.  GOF is supported by gun owners across the country.  (For further information on GOF, please see https://www.gunowners.com/.)

### Record Request

We hereby seek the following records:

(a)   records of all communications between the FBI and the Governor of Virginia, the Office of the Governor of Virginia, the Lieutenant Governor of Virginia, the Office of the Lieutenant Governor of Virginia, the Attorney General of

2

        Virginia, the Virginia Office of the Attorney General, and agents and employees of the same that occurred between January 11, 2014 until the date you begin to process this request;

(b)      records[1] of all communications between the FBI and the Virginia Department of State Police involving the so-called "voluntary background check" established by Va. Code Section 54.1-4201.2, or a so-called "special permit for voluntary background check" or "firearms-related permit" to be established by the executive branch of government in Virginia, that occurred between July 1, 2015 until the date you begin to process this request;

(c)      records related to whether Virginia's voluntary background check system and its implementation complies with 28 C.F.R. Section 25.6; and

(d)      copies of the last four National Instant Criminal Background Check System audits conducted by the FBI's Criminal Justice Information Services Division with respect to the Commonwealth of Virginia.

If any of the information sought above is publicly available, please provide us with the location(s) of that information.

        Please email the documents to wjo@mindspring.com, or mail them to the following address:

        Robert J. Olson, Esquire
        William J. Olson, P.C.
        370 Maple Ave W., Suite 4
        Vienna, VA 22180-5615

**Fee Waiver Request**

        We request that the search, review, and copying fees be waived as provided under section 5 U.S.C. § 552(a)(4)(A) and 28 CFR 16.10(k).  GOA and GOF are nonprofit organizations seeking the requested documents to educate the public on a matter of great public importance, by releasing information that — in addition to contributing to public understanding on the workings of government — may have great effect on substantive policy discussions relating to the exercise of citizens' rights under the Second Amendment.  GOA and GOF routinely publish the results of findings from documents they receive through FOIA requests,

---

      [1] At least some of these records will be housed by the FBI's Criminal Justice Information Law Unit.

3

free-of-charge on their websites, in releases to members and supporters, and through dissemination of information to the news media.

The fees should be waived because release of the requested documents is in the public interest, and the requested information is likely to contribute significantly to public understanding of the operations or activities of the government.  Additionally, the records sought by GOA and GOF are likely to contribute significantly to public understanding of the operations or activities of the government.

The release of the requested documents is not primarily for any commercial interest or purpose, including any commercial interest of GOA or GOF.  GOA and GOF intend to disseminate to the general public, free of charge, any important information it obtains as a result of this request.

If our clients' waiver request is denied, we would appreciate an estimate of the costs involved in procuring any of the requested documents if such costs exceed $250.  If the costs do not exceed $250, however, we do not need an estimate, and we will guarantee payment.

We request that the 20-day response time imposed by 5 U.S.C. § 552(a)(6)(A)(i) and 28 CFR 16.6(b) be adhered to strictly.  We look forward to hearing from you within 20 business days.

Thank you for your prompt attention to this request.

                                                   Sincerely yours,

                                                 Robert J. Olson

RJO:ls

cc:    Gun Owners of America
        Gun Owners Foundation