UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> ) <br> *Defendant*. ) <br> ) | Civil Action No. 21-1601 (JDB) |

## JOINT STATUS REPORT

Pursuant to the Court's July 7, 2022 Order, Plaintiffs, Gun Owners of America, Inc. and Gun Owners Foundation, and Defendant, the Federal Bureau of Investigation, by and through undersigned counsel, respectfully submit the following joint meet and confer report.

Defendant reports that it has completed its searches for records and intends to make a single production of all responsive, non-exemption records by August 15, 2022. As such, the Parties respectfully request that they submit a joint status report apprising the Court as to the status of production and any other issues on or before September 27, 2022.

Dated: July 22, 2022

Respectfully submitted,

*/s/Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

ROBERT JEFFREY OLSON
D.C. Bar #1029318

WILLIAM J. OLSON, PC
370 Maple Avenue West Suite 4
Vienna, VA  22180
(703) 356-5070
Email: rob@wjopc.com

*Counsel for Plaintiff*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendant*