UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiffs,* | | |
| v. | | Civil Action No. 21-1601 (JDB) |
| FEDERAL BUREAU OF INVESTIGATION, | | |
| *Defendant.* | | |

## JOINT STATUS REPORT

Pursuant to the Court's July 22, 2022 Order, Plaintiffs, Gun Owners of America, Inc. and Gun Owners Foundation, and Defendant, the Federal Bureau of Investigation, by and through undersigned counsel, respectfully submit the following joint status report.

Defendant reports that it has completed production. Given that production is now complete, the Parties have transitioned to determining if a mutual settlement agreement can reach be reached without the further need for litigation. As such, the Parties respectfully request that they file a report within sixty days, on or before November 28, 2022, apprising the Court of any need for further proceedings.

\*   \*   \*

Dated: September 27, 2022

        Respectfully submitted,

        */s/Stephen D. Stamboulieh*
        Stephen D. Stamboulieh
        Stamboulieh Law, PLLC
        P.O. Box 428
        Olive Branch, MS  38654
        (601) 852-3440
        stephen@sdslaw.us
        DC District Court Bar# MS0009

        ROBERT JEFFREY OLSON
        D.C. Bar #1029318
        WILLIAM J. OLSON, PC
        370 Maple Avenue West Suite 4
        Vienna, VA  22180
        (703) 356-5070
        Email: rob@wjopc.com

        *Counsel for Plaintiff*


        MATTHEW M. GRAVES, D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

        By: */s/ Dedra S. Curteman*
        DEDRA S. CURTEMAN, IL Bar #6279766
        Assistant United States Attorney
        601 D Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 252-2550
        dedra.curteman@usdoj.gov

        *Counsel for Defendant*